**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000399
27-JUL-2016
08:00 AM**

NO. CAAP-16-0000399

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee
under the Pooling and Servicing Agreement Dated as of
January 1, 2007, GSAMP TRUST 2007-FM1, Mortgage Pass-Through
Certificates, Series 2007-FM1, Plaintiffs-Appellees,
v.
ROMEO P. PINEDA and ROSABELLA S. PINEDA,
Defendants-Appellants,
and
ASSOCIATION OF APARTMENT OWNERS OF HALE OLA,
Defendant-Appellee,
and
JOHN DOES 1-10, JANE DOES 1-10,
DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10,
DOE ENTITIES 1-10, and DOE GOVERNMENTAL UNITS 1-10,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-0440-03)


ORDER APPROVING THE JULY 20, 2016 "STIPULATION FOR DISMISSAL"
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal

Order, filed July 20, 2016, by Defendants-Appellants Romeo P.

Pineda and Rosabella S. Pineda, and Plaintiff-Appellee Deutsche

Bank National Trust Company, Trustee, the papers in support, and

the record, it appears that (1) the parties stipulate to dismiss

the appeal, and bear their own costs and attorneys' fees; (2) the stipulation is dated and signed by counsel for all parties appearing in the appeal; (3) the appeal was docketed on May 16, 2016;[1] and (4) Hawai'i Rules of Appellate Procedure Rule 42(b) authorizes dismissal of a docketed appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i, July 27, 2016.

Chief Judge

Associate Judge

Associate Judge

---

[1] The statement of jurisdiction and opening brief were due on or before May 26, 2016, and June 27, 2016, respectively. Appellants failed to file or request an extension of time for either document, and therefore are in default. Appellants' counsel, Keoni K. Agard, is cautioned that future failure to comply with filing deadlines or request extensions of time in other appeals may result in sanctions.